# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of )
(*Briefly describe the property to be searched or identify the person by name and address*) )
Facebook Username: juanmanuel.navarro.3956 )
Facebook User ID Number: 100006783793156 )
)
stored at premises controlled by Meta Platforms, Inc. )
)

**NOT FOR PUBLIC VIEW**

Case No.  '24 MJ1931

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

see Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before May 30, 2024
  *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Michael S. Berg
                    *(name)*

☐ The electronic communication service provider to whom this warrant is directed shall not notify any other person of the existence of this warrant until _____, absent further order of the Court, as the Court finds reason to believe that such notification will result in an adverse consequence as provided at 18 U.S.C. § 2705(b).

Date and time issued:   5/16/2024   11:37 a.m.   _____
                                *Judge's signature*

City and state:   San Diego, California        Hon. Michael S. Berg, U.S. Magistrate Judge
                          *Printed name and title*

## Return

| | | |
|---|---|---|
| Case No.: 24-mj-1931 | Date and time warrant executed: 05/30/2024 @ 0752 hours | Copy of warrant and inventory left with: Facebook Law Enforcement Response Team |

Inventory made in the presence of : Facebook Law Enforcement Response Team

Inventory of the property taken and name of any person(s) seized:

Digital media only, submitted electronically.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/10/2024

*Executing Officer's Signature*

Jee-Soo Kim, Special Agent
*Printed name and title*

## ATTACHMENT A

### DESCRIPTION OF LOCATION TO BE SEARCHED

This warrant applies to information associated with the following Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. Meta Platforms, Inc. is an Internet Service Provider with its primary computer information systems and other electronic communications and storage systems, records and data located at 1 Meta Way, Menlo Park, CA 94025:

- <u>Facebook Username</u>: juanmanuel.navarro.3956 and <u>Facebook User ID Number</u>: 100006783793156 used by Defendant Juan Manuel NAVARRO (the "**Subject Account**")

## ATTACHMENT B
## DESCRIPTION OF ITEMS TO BE SEIZED

I. **SERVICE OF WARRANT**

The officer executing the warrant shall permit Meta Platforms, Inc. ("Meta"), as custodian of the computer files described in Section II below, to locate the requested data and provide said data to the same officer.

II. **ITEMS TO BE PROVIDED BY META PLATFORMS, INC.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta including any messages, records, files, logs, or information that have been deleted but are still available to Meta, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Meta is required to disclose the following information to the government for the account listed in Attachment A for the period of **October 10, 2023 through January 10, 2024**:

a. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

b. All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

c. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

d. All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification

numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

e. All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

f. All other records and contents of communications and messages made or received by the user, including all Messenger activity, private messages, chat history, video and voice calling history, location data, and pending "Friend" requests;

g. All "check ins" and other location information;

h. All IP logs, including all records of the IP addresses that logged into the account;

i. All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

j. All information about the Facebook pages that the account is or was a "fan" of;

k. All past and present lists of friends created by the account;

l. All records of Facebook searches performed by the account;

m. All information about the user's access and use of Facebook Marketplace;

n. The types of service utilized by the user;

  o. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

  p. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

  a. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## III. ITEMS TO BE SEIZED

The search of the data supplied by Facebook pursuant to this warrant will be conducted by HSI as provided in the "Procedures For Electronically Stored Information" of the affidavit submitted in support of this search warrant and will be limited to the period of **October 10, 2023 through January 10, 2024** as noted in the affidavit. Law enforcement will seize information described above in Section I for the user ID identified on Attachment A, information pertaining to the following matters which constitutes evidence:

  a. tending to identify co-conspirators, criminal associates, or others involved in the importation of controlled substances from Mexico into the United States, including individuals who produce, promote, and/or display their illicit activities and lifestyle using Facebook;

  b. tending to identify communications, photographs, videos, or other data shared that show co-conspirators coordinating and executing violations of Title 21 U.S.C. § 952 and 960;

    c. tending to identify data tending to demonstrate the pattern of travel for sales, common meeting locations, or stash houses;

    d. tending to identify access logs and other records, information, or evidence indicating how and when the **Subject Account** was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

    e. tending to identify records, information, or evidence tending to demonstrate the identity of the person(s) exercising care, custody, or control over the **Subject Account**;

    f. tending to identify communications, photographs, videos, or other data regarding the importation of controlled substances from Mexico into the United States; and

    g. tending to identify accounts, facilities, storage devices, and/or services – such as email address, IP addresses, and phone numbers and/or other accounts used to facilitate the importation of controlled substances from Mexico into the United States.

which are evidence of violations Title 21, United States Code, Section 952, 960, and 963.